

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2020

**GRANTED**.
The time from today until November 23, 2020, is excluded under the Speedy Trial Act, 18 USC 3161(h)(7)(A) and with the consent of defendants.  The Court finds that the ends of justice outweigh the best interests of the defendants and the public in a speedy trial in that the time between today and November 23, 2020, is necessary for the parties to prepare and review discovery and to discuss a potential pretrial resolution.     11/17/2020

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. George Adams and Ray Vela*, 20 Crim. 607 (LJL)**

Dear Judge Liman:

The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act between today and November 23, 2020.

On November 12, 2020 a grand jury in this District returned a two-count Indictment charging the defendants with one count of conspiracy to commit bank fraud in violation of 18 U.S.C. § 1349 and one count of substantive bank fraud in violation of 18 U.S.C. § 1344. Arraignment is scheduled for November 23, 2020.

An exclusion of time under the Speedy Trial Act between today and November 23 is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties to prepare and review discovery and to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A).  Both defense counsel consent to the exclusion of time.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

CC:    Ian Marcus Amelkin, Counsel for Ray Vela (by ECF)
Sam A. Schmidt, Counsel for George W. Adams, Jr., (by ECF)