**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

                                                      November 20, 2020

Honorable Lewis J. Liman, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

                Re: U.S. v. George Adams
                20 Cr. 607 (LJL)

**REQUEST GRANTED.**

11/20/2020 SO ORDERED.

*[Signature]*
LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

     The bond releasing Mr. Adams limits his travel to the SDNY and the EDNY. However, he had moved to New Milford, CT a few weeks prior to his arrest but has been staying at his mother's home, his prior residence, because of the bond limitations. With the consent of the government and pretrial services, we respectfully request that his bond be modified to allow him to reside in and travel in the District of Connecticut.

     Thank you for your consideration of this request.

                                            Sincerely yours,
                                                  /s/
                                           Sam A. Schmidt