**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

November 23, 2020

Honorable Lewis J. Liman, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**REQUEST GRANTED.**

11/23/2020   SO ORDERED.

/s/ LEWIS J. LIMAN
United States District Judge

Re: U.S. v. George Adams
20 Cr. 607 (LJL)

Dear Judge Liman:

The signatures of the sureties for Mr. Adams' bond was to be completed by the end of the day today. I have provided the government's paralegal some of the necessary documents and the contact information of the two sureties. However, because of the difficulty in completing the process, it is unlikely that it will be completed today.

With the consent of the government, I respectfully request that the time for the completion of the bond be extended to November 30, 2020.

Thank you for your Honor's consideration of this request.

Sincerely yours,
/s/
Sam A. Schmidt