**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y.  10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

January 7, 2021

Honorable Lewis J. Liman, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

       Re: U.S. v.  George Adams
        20 Cr. 607 (LJL)

Dear Judge Liman:

  I am the attorney assigned, pursuant to the Criminal Justice Act, to represent Mr. Adams.  Communication between Mr. Adams and myself have broken down and he has asked me to request that I be relieved and another attorney be assigned to represent him.  I have no objection to this request.

  Therefore, I respectfully request that I be relieved as Mr. Adams' attorney and new counsel be assigned.

  Thank you for your consideration of this request.

Sincerely yours,
/s/
Sam A. Schmidt

MEMO ENDORSEMENT.
Change of Counsel Hearing set for 1/13/2021 at 2:00 PM.  The hearing will proceed by Video Conference and parties will be provided instructions to access the zoom conference. The public/press may access the hearing through the Court's audio only teleconference line by dialing 888-251-2909 and using access code 2123101.

1/12/2021  SO ORDERED.

      _____
      LEWIS J. LIMAN
      United States District Judge