# LAW OFFICES OF
## NATALI J.H. TODD, P.C.

**NATALI J.H. TODD**  
**MEMBER: NY & MA BAR**

26 COURT STREET  
SUITE 413  
BROOKLYN, NY 11242-1134

Tel: 718-797-3055  
Fax: 718-504-3900  
E-mail: natali_todd@yahoo.com  
www.natalitoddlawyer.com

January 18, 2021

via ECF  
Honorable Lewis J. Liman  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: U.S. v. George Adams, Jr., et al., 20 Cr. 607 (LJL)

Dear Judge Liman:

  Counsel was recently substituted on January 13, 2021 to represent Mr. Adams in the above referenced matter. Counsel writes in advance of the conference presently scheduled for January 29, 2021 to request a 60-day adjournment of the conference to allow counsel to obtain and review the discovery and to engage the client in the discussion of same upon receipt. The parties jointly consent to the requested adjournment.

  Both defendants' counsel consent to the exclusion of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(7)-(8), to allow the government time to produce discovery and the parties time to review the production. Counsel respectfully submits that the proposed exclusion of time is in the interest of justice. Government counsel consents to this request. Thank you.

Respectfully,  
*N. Todd*  
Natali Todd, Esq.

cc: all counsel of record (by ECF)

---

**GRANTED.**

The Status Conference previously set for January 29, 2021 is rescheduled to March 15, 2021 at 3:00PM. The Court excludes time until March 15, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and March 15 allows the government time to produce discovery and the parties time to review the production. In addition, the Status Conference previously set for Mr. Vela in 16-cr-00842-6 is adjourned and will be addressed at the same conference on March 15, 2021 at 3:00PM.

1/19/2021  SO ORDERED.  
LEWIS J. LIMAN  
United States District Judge