# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

February 14, 2022

By ECF
Honorable Lewis J. Liman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSEMENT.**
The Court will permit defense counsel to submit its sentencing submission by February 15, 2022. The Sentencing hearing will proceed as scheduled on February 22, 2022 at 2:00PM in Courtroom 15C.

2/14/2022
SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re: **United States v. George Adams**
    **20 Cr. 607 (LJL)**

Dear Judge Liman:

On September 13, 2021, Mr. Adams appeared before your Honor and pled guilty to Count 1 of the above-referenced Indictment, which charged him with conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1344. Sentencing in this matter is scheduled for February 22, 2022, at 2:00 p.m. Per this Court's Individual Rules of Practice, "[u]nless otherwise ordered by the Court, a defendant's sentencing submission shall be filed and served fourteen (14) days prior to sentencing," which, in this case, would have been February 8, 2022. However, for the reasons which follow, the defense writes now (albeit after the fact) seeking to file its sentencing submission by tomorrow, February 15, 2022.[1] Afterwards, depending on the Court's preference, the defense is prepared to proceed with sentencing either on the 22nd as scheduled, February 24, 2022, or March 1, 2022.[2]

Defense counsel was scheduled to begin a homicide trial today in the Bronx and had therefore anticipated requesting an adjournment in this matter. However, because the People in the state trial are having difficulty securing some of their out-of-state witnesses, the Bronx trial was adjourned to March 2, 2022. Although that frees me up to proceed with sentencing on the 22nd, it also puts me in the regrettable position of not having filed my sentencing submission on time. Accordingly, I apologize to the Court and the Government for any inconvenience.

---

[1] The defense does not anticipate any legal, factual, or guidelines disputes with either the Government or Probation.

[2] The defense is available to proceed either in-person or virtually depending on the Court's preference.

      I have discussed the matter with AUSA Kevin Mead who has no objection and defers to the Court's decision.

      Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.
*Attorney for George Adams*

cc:    AUSA Kevin Mead